## LAGOW and Others *v.* PATTERSON, in Error.

*Wednesday, May 14.*

*LAGOW,* as attorney in fact for a company consisting of himself and several others, confessed a judgment in the names of the partners, in favour of *Patterson.* The power of attorney under which *Lagow* acted, authorized him in the names of the partners to negotiate, compromise, adjust, determine, settle, and arrange all differences and disputes between them and the Bank of *Vincennes,* and all persons whatever; to execute and sign their names to any release, covenant, or conveyance of all or any part of their joint estate, whether real or personal; and to give and receive discharges, receipts, &c.

*Held,* that the confession of judgment by *Lagow* was without sufficient authority. *Scott,* J. dissentiente.